# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07cv329 WQH (LSP) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| MILLAN CHESSMAN aka MILLIE C. CHESSMAN; RAINBOW NUTRITION aka RAINBOW NUTRITION TRUST; RAINBOW'S END aka RAINBOW'S END TRUST; VIGIL TRUST; ROXANNE WATSON aka ROXANNE MUMFORD, as trustee for Rainbow's End aka Rainbow's End Trust and Vigil Trust; CLAUDIA BEDDOES, as trustee for Rainbow Nutrition aka Rainbow Nutrition Trust; ELIZABETH IRWIN, as trustee for Rainbow Nutrition aka Rainbow Nutrition Trust and ROOSEVELT KYLE, as trustee for Rainbow Nutrition aka Rainbow Nutrition Trust, | |
| Defendants. | |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 36) filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED**. The above-captioned action is **DISMISSED with prejudice.** The parties shall bear their own costs and fees.

DATED: February 27, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge